PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey
## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Christopher Davis　　　　　　　　　　　　Cr.: 06-00905-001
　　　　　　　　　　　　　　　　　　　　　　　　　　　PACTS Number: 15367

Name of Sentencing Judicial Officer: Dennis M. Cavanaugh

Date of Original Sentence: 03/02/07
Original Offense: Count One: Possession of Counterfeit Obligations or Securities; Count Two: Knowingly and Willfully Uttering Counterfeit Obligations to Defraud
Original Sentence: 34 months imprisonment, 36 months supervised release

Date of Violation of Supervised Release: 03/20/09
Violation of Supervised Release Sentence: 24 months imprisonment; 12 months supervised release

Type of Supervision: Supervised Release　　　　　　Date Supervision Commenced: 08/13/11

## PETITIONING THE COURT

[ ]　To extend the term of supervision for　　　Years, for a total term of　　　Years.
[X]　To modify the conditions of supervision as follows. The addition of the following special condition(s):

ALCOHOL/DRUG TESTING AND TREATMENT

You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.

## CAUSE

The offender has reverted to drug use. A special condition for drug treatment will provide him with the resources by which to address his drug addition.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　By: Norma de Armas
　　　　　　　　　　　　　　　　　　　　　Senior U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　Date: 10/17/11

THE COURT ORDERS:

[ ✔ ] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

*Signature of Judicial Officer*
**Dennis M. Cavanaugh**
U.S. District Judge

21 OCTOBER 2011
Date