# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Christopher Davis

**Docket Number:** 06-00905-001
**PACTS Number:** 15367

**Name of Sentencing Judicial Officer:** HONORABLE DENNIS M. CAVANAUGH
UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 03/02/07

**Original Offense:** Count One: Pass and Attempt to Pass Counterfeit Currency; Count Two: Make and Attempt to Make Counterfeit Currency

**Original Sentence:** 34 months imprisonment; 3 years supervised release.

**Type of Supervision:** supervised release

**Date Supervision Commenced:** 03/02/20

**Assistant U.S. Attorney:** Melissa Jampol, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Candice Humm, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states 'You shall not commit another federal, state, or local crime.' |
|  | On March 2, 2012, Davis was arrested by the FBI and charged with 2 counts of knowingly and intentionally buying, selling, exchanging, transferring, receiving, and delivering obligations and other securities of the United States, namely Federal Reserve Notes with the intent that the same be passed, published and used as true and genuine and 1 count of distribution of heroin. |
| 2 | The offender has violated the standard supervision condition which states.'You shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.' |
|  | On March 2, 2012, Davis was in possession of, and engaged in the sale of, heroin. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Donna W. Shaw
Senior U.S. Probation Officer
Date: 3/19/12

THE COURT ORDERS:

[ ✓ ] The Issuance of a Warrant
[  ] The Issuance of a Summons.  Date of Hearing: _____.
[  ] No Action
[  ] Other

_____
Signature of Judicial Officer

___4 / 10 / 12_____
Date